UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB ST. ANDRE,<br><br>    Defendant. | No. 2:23-cv-2943 CKD P<br><br><br>ORDER |

Plaintiff has filed a request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted.

2. Plaintiff is granted 30 days to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: January 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hagg2943.ext