UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROB ST. ANDRE,<br><br>　　　　　Defendant. | No. 2:23-cv-2943 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of January 2, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: February 16, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
hagg2943.36sec

1